IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA, WILKES BARRE DIVISION

IN RE:                                          :         Chapter:  13
ERNEST C. CRUMB JR.                             :
JENNIFER L. CRUMB                               :
                                                :
                                                :         BANKRUPTCY NO:     11-08142

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

   1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor

listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

   2. The address to which all such notices should be sent and substituted for that of the creditor:


                    **Main Street Acquisition Corp.**
                    **c/o Becket & Lee LLP**
                    **PO Box 3001**
                    **Malvern, PA 19355-0701**


   3. Debtor may have scheduled account as: Chase Bank USA, N.A..


                    By: /s/ LYNN BROWN_____

                        Lynn Brown, Claims Administrator
                        Becket & Lee LLP
                        POB 3001
                        Malvern, PA 19355-0701

                        DATE:       12/06/2016