**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Ernest C. Crumb, Jr. and Jennifer L. Crumb | BKY. NO. 11-08142 JJT |
| <u>Debtor(s)</u> | CHAPTER 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of LSF9 Master Participation Trust, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 8481

                                        Respectfully submitted,

                                        <u>**/s/ Thomas Puleo**</u>
                                        Thomas Puleo, Esquire
                                        James C. Warmbrodt, Esquire
                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 825-6306  FAX (215) 825-6406
                                        Attorney for Movant/Applicant