```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                           Case No. 11-08142-JJT
Ernest C. Crumb, Jr.                                             Chapter 13
Jennifer L. Crumb
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5           User: TWilson              Page 1 of 1           Date Rcvd: Dec 20, 2016
                               Form ID: fnldec            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2016.
db/jdb         +Ernest C. Crumb, Jr.,    Jennifer L. Crumb,    446 Newell St.,    Peckville, PA 18452-1814
aty             Richard M Lipsman,    90 Park Avenue,    New York, NY  10016-1301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2016 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor   Bank of America, N.A. ASwartz@mwc-law.com,
               ecfmail@mwc-law.com
              Bass and Associates PC    on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor   LSF9 Master Participation Trust
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   Bank of America, N.A., et al bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor   LSF9 Master Participation Trust tpuleo@goldbecklaw.com
              Tullio  DeLuca    on behalf of Debtor Ernest C. Crumb, Jr. tullio.deluca@verizon.net
              Tullio  DeLuca    on behalf of Joint Debtor Jennifer L. Crumb tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 10

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Ernest C. Crumb Jr.　　　　　　　　　　　　　　　　Chapter 13
aka Ernest Crumb Jr., aka Ernest C. Crumb, aka Ernest　Case No. 5:11−bk−08142−JJT
Crumb, dba Ernie's, dba Ernie's Hot Dog Cart
446 Newell St.
Peckville, PA 18452

Jennifer L. Crumb
aka Jennifer Lynn Crumb, aka Jennifer Crumb
446 Newell St.
Peckville, PA 18452

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−3936
xxx−xx−7395

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: December 20, 2016　　　　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　　　　　　Honorable John J. Thomas
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge
　　　　　　　　　　　　　　　　　　　　　　　By: TWilson, Deputy Clerk